```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 63508
   SAMUEL S JACKSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5829


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/17/2005 and was confirmed 03/08/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 05/21/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
GENERAL MOTORS ACCEPTANC  SECURED           11800.00       1804.70        4353.00
GENERAL MOTORS ACCEPTANC  UNSECURED          2855.67           .00          17.12
BERNARD D STEIN MD        UNSECURED           150.00           .00             .00
ILLINOIS DEPT OF EMPLOYM  UNSECURED          3978.00           .00          23.97
ILLINOIS DEPT PUBLIC AID  UNSECURED         NOT FILED          .00             .00
MALCOLM S GERALD          UNSECURED         NOT FILED          .00             .00
RIDDLE & ASSOC PC         UNSECURED         NOT FILED          .00             .00
EMERGENCY CARE PHYSICIAN  UNSECURED         NOT FILED          .00             .00
DEP                       NOTICE ONLY       NOT FILED          .00             .00
PREMIER BANCARD CHARTER   UNSECURED           408.32           .00             .00
RX ACQUISITIONS LLC       UNSECURED          2537.38           .00          15.28
RX ACQUISITIONS LC        NOTICE ONLY       NOT FILED          .00             .00
CITY OF CHICAGO PARKING   UNSECURED           100.00           .00             .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED          .00             .00
MEDCLR                    NOTICE ONLY       NOT FILED          .00             .00
IL STATE DISBURSEMENT UN  NOTICE ONLY       NOT FILED          .00             .00
IL STATE DISBURSEMENT UN  DSO ARREARS        2554.05           .00         255.41
ZALUTSKY & PINSKI LTD     DEBTOR ATTY        2,089.00                      380.22
TOM VAUGHN                TRUSTEE                                          402.30
DEBTOR REFUND             REFUND                                              .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              7,252.00

PRIORITY                                  255.41
SECURED                                 4,353.00
    INTEREST                            1,804.70
UNSECURED                                  56.37
ADMINISTRATIVE                            380.22

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 63508 SAMUEL S JACKSON
```

```
TRUSTEE COMPENSATION                                        402.30
DEBTOR REFUND                                                  .00
                                   ---------------    ---------------
TOTALS                                    7,252.00           7,252.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
  Dated: 08/26/08                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```